A CERTIFIED TRUE COPY

FEB 13 2006

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

LODGED RECEIVED   MAIL

FEB 16 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 26 2006

FILED
CLERK'S OFFICE

2:06cv73KS-JMR

DOCKET NO. 1407

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION*

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 13 2006
J.T. NOBLIN, CLERK
BY _____ DEPUTY

(SEE ATTACHED SCHEDULE)

**CONDITIONAL REMAND ORDER**

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the actions listed on the attached schedule assigned to it have been completed and that remand of the actions to the transferor courts, as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the actions listed on the attached schedule be remanded to their respective transferor courts.

IT IS ALSO ORDERED that pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 436-38 (2001), the transmittal of this order to the transferee clerk for filing shall be stayed fifteen days from the date of this order and if any party files a Notice of Opposition with the Clerk of the Panel within this fifteen-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Western District of Washington.

IT IS FURTHER ORDERED that, pursuant to Rule 7.6(g), R.P.J.P.M.L., and coinciding with the effective date of this order, the parties shall furnish the Clerk for the Western District of Washington with a stipulation or designation of the contents of the record to be remanded and furnish said Clerk all necessary copies of any pleadings or other matter filed so as to enable said Clerk to comply with the order of remand.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

FEB 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CERTIFIED TRUE COPY
ATTEST: BRUCE RIFKIN
Clerk, U.S. District Court
Western District of Washington
By _____ Clerk

# SCHEDULE FOR CONDITIONAL REMAND ORDER
## DOCKET NO. 1407
## IN RE PHENYLPROPANOLAMINE (PPA) PRODUCTS LIABILITY LITIGATION

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | |
| --- | --- | --- | --- | --- | --- | --- |
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | CASE CAPTION |
| WAW | 2 | 02-1509 | ALN | 2 | 02-987 | Likita F. Taylor v. Bayer Corp. |
| WAW | 2 | 03-366 | ALN | 6 | 02-2963 | Billie Joyce Crutcher v. Bayer Corp., et al. |
| WAW | 2 | 03-402 | ALS | 1 | 02-939 | John Davis Odom, Jr. v. Bayer Corp., et al. |
| WAW | 2 | 04-534 | ARE | 3 | 04-1 | Darrell Wayne Capelle, et al. v. Bayer Corp, et al. |
| WAW | 2 | 03-3779 | ARW | 4 | 03-4108 | Christy Bradshaw, et al. v. Bayer Corp. |
| WAW | 2 | 03-3785 | ARW | 4 | 03-4114 | Timothy Lynch v. Bayer Corp. |
| WAW | 2 | 03-3786 | ARW | 4 | 03-4115 | Patty Padgett, et al. v. Bayer Corp. |
| WAW | 2 | 03-3789 | ARW | 4 | 03-4118 | Obie Bryant, et al. v. Bayer Corp. |
| WAW | 2 | 02-1072 | CAC | 2 | 01-10694 | Linda King, et al. v. Bayer Corp. |
| WAW | 2 | 03-3121 | ILN | 1 | 03-6879 | Margarita Armendarez v. Wyeth, Inc., et al. |
| WAW | 2 | 02-1720 | LAE | 2 | 02-723 | Herman Williams v. Novartis Pharmaceuticals Corp., et al. |
| WAW | 2 | 03-3474 | MN | 0 | 03-5244 | Wilson J. Trent, Jr. v. Bayer Corp. |
| WAW | 2 | 04-876 | MN | 0 | 04-1037 | Paula McDonald v. Bayer Corp., et al. |
| WAW | 2 | 04-877 | MN | 0 | 04-1040 | Pauline Claxton v. Wyeth, et al. |
| WAW | 2 | 04-883 | MOE | 4 | 04-190 | Cameron Ausler, etc. v. Wyeth, Inc. |
| WAW | 2 | 04-142 | MSN | 2 | 03-344 | Shirley Clark v. Bayer Corp., et al. |
| WAW | 2 | 04-1362 | MSN | 4 | 04-103 | James McElroy, etc. v. Bayer Corp., et al. |
| WAW | 2 | 02-2537 | MSS | 3 | 02-498 | Helen Pipes, etc. v. American Home Products Corp., et al. |
| WAW | 2 | 03-2491 | MSS | 3 | 03-470 | Emmit Paige v. Bayer Corp., et al. |
| WAW | 2 | 04-397 | MSS | 3 | 03-1327 | Johnnie E. Jefferson v. Bayer Corp., et al. |
| WAW | 2 | 04-398 | MSS | 3 | 03-1328 | Debra Dean Taylor v. Bayer Corp., et al. |
| WAW | 2 | 04-418 | MSS | 3 | 03-1340 | Gilbert Leon Crumbley, Jr. v. Norvartis Consumer Health, Inc., et al. |
| WAW | 2 | 04-1167 | MSS | 3 | 04-188 | Algeron Odell Page v. Novartis Consumer Health, Inc., et al. |
| WAW | 2 | 03-1347 | MSS | 5 | 03-198 | Inez Chatman, etc. v. Bayer Corp., et al. |
| WAW | 2 | 03-439 | NV | 3 | 02-586 | Melissa Ewing, et al. v. Wyeth, et al. |
| WAW | 2 | 03-3880 | NYE | 1 | 03-2155 | Joseph Zennaro, etc. v. Wyeth, Inc., et al. |
| WAW | 2 | 04-2003 | OR | 3 | 04-1016 | Terry Lindholm v. Bayer Corp. |
| WAW | 2 | 03-475 | TXS | 4 | 02-4618 | Maria Harris v. Kroger Texas, LP, et al. |
| WAW | 2 | 04-1850 | VAE | 1 | 04-598 | Pamela L. Crowe v. Bayer Corp., et al. |
| WAW | 2 | 03-1709 * | LAE | 2 | 02-171 | Adeline Foster, et al. v. American Home Products Corp., et al. |
| WAW | 2 | 03-2087 * | LAM | 3 | 03-74 | Charlotte Butler v. Bayer Corp. |
| WAW | 2 | 03-2104 * | MSS | 2 | 01-212 | Billie R. Jackson, et al. v. Bayer Corp., et al. |
| WAW | 2 | 03-2252 * | MSN | 4 | 02-18 | Eddie H. Ratliff v. Bayer Corp. |
| WAW | 2 | 03-2253 * | MSN | 4 | 02-18 | Adell Brown v. Bayer Corp. |
| WAW | 2 | 03-2256 * | MSN | 4 | 02-18 | Carolyn Palmer v. Bayer Corp., et al. |
| WAW | 2 | 03-2306 * | ALN | 2 | 02-2954 | Alan Stockdale v. Bayer Corp. |
| WAW | 2 | 03-2587 * | MSN | 4 | 02-214 | Evelyn Murry, etc. v. Bayer Corp. |
| WAW | 2 | 03-2590 * | MSN | 4 | 02-214 | Bobbie Sue Quinn, et al. v. Bayer Corp. |
| WAW | 2 | 03-2599 * | MSN | 4 | 02-39 | Brady Needham v. Bayer Corp. |
| WAW | 2 | 03-2604 * | MSN | 4 | 02-39 | Florence Ingram v. Bayer Corp. |
| WAW | 2 | 03-2607 * | MSN | 4 | 02-39 | Lacie Jones v. Bayer Corp. |
| WAW | 2 | 03-2917 * | ALN | 2 | 03-302 | James Whitaker v. Bayer Corp., et al. |
| WAW | 2 | 03-3402 * | MSS | 2 | 03-78 | Sandra Thomas v. Block Drug Co., et al. |
| WAW | 2 | 03-3534 * | MSS | 5 | 03-124 | Mary Ann Harvey v. Block Drug Co., Inc., et al. |
| WAW | 2 | 03-3539 * | MSS | 5 | 03-124 | Keith William Donegan, et al. v. GlaxoSmithKline, PLC, et al. |
| WAW | 2 | 03-3563 * | MSS | 5 | 03-124 | Tammie Taylor v. Block Drug Co., Inc., et al. |

SCHEDULE FOR CONDITIONAL REMAND ORDER   MDL-1407                                     PAGE 2 OF 2

| --- TRANSFEREE --- | | | --- TRANSFEROR --- | | | CASE CAPTION |
|---|---|---|---|---|---|---|
| DIST. | DIV. | C.A.NO. | DIST. | DIV. | C.A.NO. | |
| WAW | 2 | 03-3570 * | MSS | 5 | 03-124 | Debra Richardson v. Bayer Corp., et al. |
| WAW | 2 | 03-3574 * | MSS | 5 | 03-124 | O'Neal Parker v. Block Drug Co., Inc., et al. |
| WAW | 2 | 03-3614 * | MSS | 2 | 03-82 | Odell Gavin, et al. v. Bayer Corp., et al. |
| WAW | 2 | 03-3617 * | MSS | 2 | 03-82 | Charles Hannah, et al. v. Bayer Corp., et al. |
| WAW | 2 | 03-3628 * | MSS | 2 | 03-74 | Barbara Owens-Hall v. Bayer Corp., et al. |
| WAW | 2 | 03-3645 * | MSS | 2 | 03-74 | Courtney Thomas v. Bayer Corp., et al. |
| WAW | 2 | 03-3650 * | MSS | 2 | 03-74 | Barbara Adam, etc. v. Bayer Corp., et al. |
| WAW | 2 | 04-858 * | MSN | 4 | 03-415 | Minnie Swift v. Bayer Corp. |

* WAW case number was assigned after severance order was issued in Western District of Washington.